JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Edmonds,<br><br>        Plaintiff,<br><br>    v.<br><br>RA2 Pasadena LLC, a Delaware Limited Liability Company; Mark Gabay, an Individual; and Does 1-10,<br><br>        Defendants. | Case No.: 2:20-cv-00442-MWF-AGR<br><br>Hon. Michael W. Fitzgerald<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 15, 2020<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Sandra Edmonds' ("Plaintiff") action against Defendants RA2 Pasadena LLC and Mark Gabay ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: September 9, 2020

*/s/ Michael W. Fitzgerald*
MICHAEL W. FITZGERALD
United States District Judge